**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASENCION HERNANDEZ RENDON,<br><br>              Petitioner,<br><br>   v.<br><br>MATTHEW CATE,<br><br>              Respondent. | NO. EDCV 10-00390-SVW (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Court has conducted a *de novo* review of those matters to which Objections have been stated in writing. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 13, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2